PHILLIP A. TALBERT
Acting United States Attorney
[AUSA NAME]
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Dec 17, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>(1) Samsung cellphone, model #SMG991BDS, IMEI #'s 355320542027761 and 355695662027700; (2) Samsung cellphone, model #SMG991BDS, IMEI #'s 355320542026524 and 355695662026523; and (3) Samsung, unknown model #, IMEI #350121671528453, CURRENTLY LOCATED AT FBI, 2001 Freedom Way, Roseville, CA 95678 | CASE NO. 2:21-sw-0945 DB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 12/17/2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE