1  PHILLIP A. TALBERT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
May 17, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | CASE NO: 2:21-SW-00945-DB |
   | OF THE UNITED STATES OF AMERICA   |                            |
12 | FOR SEARCH WARRANTS CONCERNING:   | ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
   |                                   |                            |
13 | (1) SAMSUNG CELLPHONE, MODEL #SMG991BDS, IMEI #'S 355320542027761 AND 355695662027700; (2) SAMSUNG CELLPHONE, MODEL #SMG991BDS, IMEI #'S 355320542026524 AND 355695662026523; AND (3) SAMSUNG, UNKNOWN MODEL #, IMEI #350121671528453, CURRENTLY LOCATED AT FBI, 2001 FREEDOM WAY, ROSEVILLE, CA 95678 | |

19

20    Upon application of the United States of America and good cause having been shown,

21    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

22

23    Dated:   May 17, 2022

                                              _____
                                              DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANTS